# Court of Appeals
# of the State of Georgia

ATLANTA, December 23, 2025

*The Court of Appeals hereby passes the following order:*

## A26E0113.  ELLIOTT v. HOUSE, JUDGE.

This petition for a writ of mandamus was filed in the Supreme Court of Georgia and transferred to this Court. Petitioner Elliott asks this Court to order the Catoosa County trial court to issue a ruling on his special demurrer to an indictment issued against him.

According to the Supreme Court of Georgia, we are authorized "to grant a writ of mandamus only in matters related to an appeal or impending appeal, when necessary in aid of appellate jurisdiction or to protect or effectuate appellate court judgments." *Arnold v. Alexander*, 321 Ga. 330, 335 (914 SE2d 311) (2025). Because Elliott asks us to issue a writ in a matter not connected to this Court's appellate jurisdiction, his petition does not satisfy the requirements of Rule 40 (c) and is therefore DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 12/23/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*